AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

3. DAVID WINSTON

Defendant

Case No. 19-cr-00086-REB-3

*FILED: UNITED STATES DISTRICT COURT, DENVER, COLORADO, DEC 04 2019, JEFFREY P. COLWELL, CLERK*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID WINSTON ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO COMMIT PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(d)
PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b)(1

Date: 11/21/2019

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/21/19, and the person was arrested on *(date)* 12/4/19
at *(city and state)* Colorado Springs, CO

Date: 12/4/19

*Arresting officer's signature*

E. GULBRANDSCH / FBI
*Printed name and title*