IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00086-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**3.    DAVID WINSTON,**

        Defendant.
_____

## ENTRY OF APPEARANCE
_____

Thomas J. Hammond, duly licensed to practice in the United States District Court for the District of Colorado, enters his appearance as counsel for Mr. Winston in the above captioned case, pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.

        Respectfully submitted,

        *s/ Thomas J. Hammond*
        Thomas J. Hammond
        Thomas J. Hammond, P.C.
        1544 Race Street
        Denver, Colorado 80206
        303-321-7902
        Fax: (303)329-5871
        Email: hammondlaw@solucian.com

        Attorney for David Winston

## CERTIFICATE OF SERVICE

   I hereby certify that on December 10, 2019,  I electronically filed  the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


*s/ Thomas J. Hammond*
Thomas J. Hammond