# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00086-REB-3

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**3. DAVID WINSTON,**

   Defendant.

## ENTRY OF APPEARANCE

COMES NOW, David L. Owen, Jr., a member of the bar of this Court, and herewith enters his appearance as counsel for the above-named Defendant.

   Respectfully submitted,

   /s/ David L. Owen, Jr.
   DAVID L. OWEN, JR. #39669
   Law Office of David L. Owen, Jr.,P.C.
   718 Huntington Place
   Highlands Ranch, CO 80126-4730
   Telephone: (303) 993-7092
   FAX: (303) 265-9202
   davidowen@lodopc.com
   Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jason St.Julien - Jason.St.Julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Winston

/s/ David L. Owen, Jr.
David L. Owen, Jr.