IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00086-REB-3

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**3. DAVID WINSTON,**

       Defendant.

---

**DEFENDANT DAVID WINSTON'S MOTION REQUESTING A BOND HEARING**

---

COMES NOW, the above named defendant David Winston, by and through his counsel, David L. Owen, Jr., and respectfully requests this Court's Order granting a new bond hearing. In support thereof counsel states as follows:

1) On November 11, 2019, a Superseding Indictment was filed charging defendant, David Winston, in Count One with Conspiracy to enter a business premises and property of a person registered with the Drug Enforcement Agency, pursuant to Title 21 United States Code § 822, with the intent to steal any material and compound containing any quantity of a controlled substance, and the replacement cost of the hydrocodone was $500.00 or more in violation of Title 18 United States Code §2118(b) & (d). In Count Two through Four with knowingly and intentionally entering and attempting to enter and remain in a business

premises and property of a person registered with the Drug Enforcement Agency, pursuant to Title 21 United States Code § 822, with the intent to steal any material and compound containing any quantity of a controlled substance, to wit, hydrocodone, and the replacement was $500 and more all in violation of Title 18 United States Code § 2118(b)(1) and §2 (Doc. 44).

    2) On December 4, 2019, defendant David Winston was arrested and appeared before the Honorable Scott T. Varholak, United States Magistrate Judge for the District of Colorado for his Initial Appearance. Counsel was appointed to represent Mr. Winston. Arraignment, Detention and Discovery hearing scheduled for December 9, 2019 in front of the Honorable S. Kato Crews, United States Magistrate Judge for the District of Colorado. At the conclusion of the hearing Mr. Winston was remanded to the custody of the United States Marshal (Docs. 50 & 53).

    3) On December 9, 2019, Mr. Winston appeared before Magistrate Judge Kato for the Arraignment, Discovery, and Detention Hearing. Mr. Winston entered a plea of Not Guilty to all charges. Mr. Winston requested the Detention Hearing be continued until December 19th and without objection Magistrate Judge Kato granted the request (Doc. 57).

    4) On December 19, 2019, the Detention Hearing was held before the Honorable Kristen L. Mix, United States Magistrate Judge for the District of Colorado. Mr. Winston did not contest pretrial detention at this time but the right

to readdress pretrial detention should circumstances change (Doc. 64). The Court issued an Order of Detention based upon 2 factors:

First, the court found Mr. Winston is charged with violating 18 U.S.C. § 2118(d), conspiracy to commit pharmacy burglary, and 18 U.S.C. § 2118(b)(1), pharmacy burglary and,

Second, Mr. Winston did not contest detention (Doc. 68).

5) As the Court notes The Bail Reform Act, 18 U.S.C. § 3142(g) sets forth 2 considerations for the court to consider in determining if bail is appropriate: a) are there conditions or combination of conditions which will assure the appearance of the defendant as required, and, b) assure the safety of any other person and the community (Doc.68).

6) The main factor in Mr. Winston's decision to not contest detention at the December 12, 2019 hearing was the fact Colorado Parole had placed a "hold" on him.

7) On January 23, 2020, Colorado Parole lifted the "hold." see attachment A.

8) Counsel for Mr. Winston submits the factors considered by the Court in issuing the Order of Detention have materially changed as Mr. Winston will be required report to the Colorado Parole for the placement of an ankle monitor. This will permit United States Pretrial Officers and Colorado Parole to monitor his movements which in turn will assure the safety of any other person and the

community. Additionally, the Court will impose a monetary bail condition prior to his release. This will assure his appearance at any future court proceedings as ordered.

Wherefore the reasons stated above, Mr. Winston respectfully requests this Court's Order granting a new Bond Hearing.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Jason St.Julien - Jason.St.Julien@usdoj.gov

AUSA Jaime Pena - jaime.pena@usdoj.gov

David Kaplan - dkaplan@hmflaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Winston

/s/ David L. Owen, Jr.
David L. Owen, Jr.