# Attachment "A"

AR Form 250-10A (02/07/07)

www.doc.state.co.us

STATE OF COLORADO

DEPARTMENT OF CORRECTIONS

**ADULT PAROLE, COMMUNITY CORRECTIONS, AND YOUTHFUL OFFENDER SYSTEM**

Date of Issuance: 01/23/2020   RE:   DAVID WINSTON

DOC #:   183566   DOB:   11/22/1990

PAROLE

---

**DATE OF ARREST:** 01/23/2020   **TIME OF ARREST:**   15:00

**SHERIFF OR DEPUTY SHERIFF:**   JEFFERSON COUNTY SHERIFF DEPARTMENT

This will authorize you to:   RELEASE

**Special Instructions:**   RELEASE PAROLE HOLD ON THIS DATE

For:   Parole Violation, CRS 17-2-102 and 103

Charge:   **VANDALISM: 2Y-2Y**

Received by: _____

_____   _____   SUNNI CAMPBELL   (719) 633-1469

Sheriff or Deputy Sheriff   Date   Officer   Phone #

Additional Information:

## Supplemental Information:

Arrest Status:   CRIMINAL

**New Crime:**   Yes

FELONY:   FEDERAL CHARGES OF BURGLARY OF A PHARMACY

JUSTIFICATION:   OFFENDER PAROLE HOLD TO BE LIFTED EFFECTIVE ON THIS DATE

TRANSPORTED BY:   Other

WENDY KENDALL   01/23/2020   MARK ALLISON   01/23/2020

**Supervisor (Print)  Date**   **Manager's Name (Print)  Date**

**Supervisor Signature**   **Manager Signature**

**REGION III**   (719) 633-1469

**Region**   **Phone Number**