IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID WINSTON,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the docket entry [#93] directing counsel for the parties to call Chambers of the undersigned to set a hearing.  In accordance with the telephone call with counsel,

    IT IS HEREBY **ORDERED** that a Bond Hearing is **SET** for **February 11, 2020**, at **1:30 p.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Dated:  January 30, 2020