IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00086-REB-3

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**3. DAVID WINSTON,**

        Defendant.

---

**DEFENDANT DAVID WINSTON'S MOTION REQUESTING BOND HEARING BE RESCHEDULED TO 2:00PM**

---

COMES NOW, the above named defendant David Winston, by and through his counsel, David L. Owen, Jr., and respectfully requests this Court's Order rescheduling the bond hearing currently set for 1:30pm to 2:00pm. . In support thereof counsel states as follows:

1) On January 30, 2020, the Court scheduled defendant's requested bond hearing for 1:30pm, Tuesday, February 11, 2020 (Doc. 95)

2) On January 30, 2020, counsel entered his appearance as appointed counsel to represent defendant #10 in 19-cr-356-RM-S2 (Doc. 93)

3) On January 21, 2020, Judge Moore, in case 19-cr-356-RM-S2, entered an Order setting that case for Status Conference at 1:00pm, Tuesday, February 11, 2020 (Doc. 73).

4) With the number of defendants and counsel appearing at the Status Conference in front of Judge Moore it is anticipated the hearing will last longer than one-half hour.

Wherefore the reasons stated above, counsel respectfully requests this Court reschedule the Bond hearing to 2:00pm on Tuesday, February 11, 2020.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Jason St.Julien - Jason.St.Julien@usdoj.gov

AUSA Jaime Pena - jaime.pena@usdoj.gov

David Kaplan - dkaplan@hmflaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Winston

                                          /s/ David L. Owen, Jr.
                                          David L. Owen, Jr.