**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-00086-REB-3

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**3. DAVID WINSTON,**

        Defendant.

---

**DEFENDANT DAVID WINSTON'S MOTION REQUESTING RELEASE ON BOND DUE TO THE CORONAVIRUS (covid-19) INFESTATION AT GEO ICE DETENTION CENTER**

---

David Winston, is a pretrial defendant currently detained at the GEO ICE Detention Facility located in Aurora, Colorado respectfully moves the Court for a bail hearing and an order granting his temporary release.

The Bail Reform Act provides for the "temporary release" of a person in pretrial custody "to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense ***or for another compelling reason***." 18 U.S.C. § 3142(i). (Emphasis added).

The health risk to Mr. Winston while detained is heightened given the conditions at the GEO ICE Detention Facility as described in detail below and necessitates the temporary release on bail until this pandemic has ended.

During the period of temporary release David Winston will live with Patricia Cleveland.[1] While on this temporary release David Winston would be monitored by an ankle monitoring device coupled with regular check-ins.

## Factual Background

### *Changed Circumstances: COVID-19 Outbreak*

Colorado's governor Jared Polis declared a State of Emergency on March 10, 2020. Subsequently, additional protective measures have been taken including Stay at Home Orders, school closures, etc. On March 11, 2020, the World Health Organization officially classified COVID-19 as a pandemic.[2]  On March 13, 2020, President Donald Trump declared a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak.

As of March 31, 2020, the new strain of coronavirus which causes COVID-19, has infected over 750,890 people, leading to at least 36,405 deaths worldwide[3] and in Colorado there are 2,966 confirmed cases with 69 deaths.[4] Theses numbers have exponentially increase within the last 6 days.

---

[1] Counsel will provide the court and pretrial services of the exact address of Ms. Cleveland if the  court grants this motion.

[2] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (March 11, 2020)

[3] World Health Organization Coronavirus disease (COVID-19) Situation Report-71.

[4] Colorado Department of Public Health & Environment Case Data.

The CDC has issued guidance that individuals at higher risk of contracting COVID-19—adults over 60 years old and people with chronic medical conditions take immediate preventative actions, including avoiding crowded areas and staying home as much as possible.[5]  With confirmed cases in Colorado which indicate community spread, we must take every necessary action to protect vulnerable populations and the community at large, as well as retard the growth of this contagion.

### *Conditions of Confinement and Spread of Coronavirus*

Conditions of pretrial confinement create the ideal environment for the transmission of contagious disease.[6]  Inmates cycle in and out of detention facilities from all over the country.,People who work in the facilities including correctional officers, care and service providers leave and return daily, with limited screening.  Incarcerated people have poorer health than the general population, and even at the best of times, medical care is limited.[7]  Many people who are incarcerated also have chronic conditions, like diabetes or HIV, which makes them vulnerable to severe forms of COVID-19.  According to public health

---

[5] *People at Risk for Serious Illness from COVID-19*, CDC (March 12, 2020).

[6] Joseph A. Bick (2007). Infection Control in Jails and Prisons. *Clinical Infectious Diseases* 45(8):1047-1055.

[7] Laura M. Maruschak et al. (2015). Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12. NCJ 248491. Washington, D.C.: U.S. Department of Justice, Bureau of Justice Statistics,.

Page 3 of  10

experts, incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe;" "infection control is challenging in these settings."[8] Outbreaks of the flu regularly occur in jails, and during the H1N1 epidemic in 2009, many jails and prisons dealt with high numbers of cases.[9]  In China, officials have confirmed the coronavirus spreading at a rapid pace in Chinese prisons, counting 500 cases.[10]  Secretary of State Mike Pompeo has called for Iran to release Americans detained there because of the "deeply troubling" "[r]eports that COVID-19 has spread to Iranian prisons," noting that "[t]heir detention amid increasingly deteriorating conditions defies basic human decency."[11] Courts across Iran have granted 54,000 inmates furlough as part of the measures to contain coronavirus across that country.[12]  In the U.S., steps are already being taken in some jurisdictions to facilitate the release of elderly and sick prisoners and to reduce jail populations by discouraging the admission of

---

[8] *"Achieving A Fair And Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State, and Local Leaders from Public Health and Legal Experts in the United States," (March 2, 2020)*.

[9] *Prisons and Jails are Vulnerable to COVID-19 Outbreaks*, The Verge (Mar. 7, 2020)

[10] Rhea Mahbubani, *Chinese Jails Have Become Hotbeds of Coronavirus As More Than 500 Cases Have Erupted, Prompting the Ouster of Several Officials*, Business Insider (Feb. 21, 2020)

[11] https://www.cnn.com/2020/03/10/politics/mike-pompeo-iran-release-detained-americans-coronavirus/index.html

[12] Claudia Lauer and Colleen Long, *US Prisons, Jails On Alert for Spread of Coronavirus*, The Associated Press (Mar. 7, 2020).

individuals arrested on non-violent misdemeanor charges.[13]

### *Specific Conditions at the GEO ICE Detention Facility*

1. GEO ICE Detention Center in Aurora, Colorado houses approximately 1,532 detainees;

2. The pod at GEO ICE Detention Center which houses Mr. Winston is made up of 18 cells. Two of those cells house 8 inmates each. Mr. Winston's cell is a 2 man cell. Thus, each pod houses 48 inmates in an environment that only permits "social distancing" if each person remains in their cell. Mr. Winston's cell measures 8' x 8'. Making it impossible to maintain the required 6 foot distance from one another. They share the toilet and sink. Showers are taken in the communal shower area. There is a common "day room" which serves all individuals housed in that pod. Meals are brought to the inmates to eat in their cell or the "day room."

3. The inmates have to share the 2 phones contained in the pod. There is less than 6 feet distance between the 2 phones. The inmates are encouraged to wash their hands often but, they use their commissary funds to purchase the soap. The "day room" is wiped down a couple times per day but, the individual cells are not. The inmates are not provided with the

---

[13] In New York Brooklyn District Attorney Eric Gonzalez, joined by public health experts, has asked Governor Cuomo to grant emergency clemencies to elderly and sick prisoners (Sarah Lustbader, *Coronavirus: Sentenced to COVID-19*, The Daily Appeal (Mar. 12, 2020); Cuyahoga County (Ohio) is holding mass pleas and bail hearings to reduce the current jail population ; Mahoning County (Ohio) jail is refusing all non-violent misdemeanor arrestees ; see also Collin County (TX)

appropriate disinfecting wipes or other disinfecting solutions to use in their individual cell.

4. Inmates are not permitted any visitation.

GEO ICE Detention Facility in Aurora, Colorado lacks the resources necessary to engage in the screening and testing of inmates, correctional staff, law enforcement officers and/or other care and service providers who enter the facility.

When additional people are arrested, if they are not symptomatic, they are brought into the GEO ICE Detention Facility in Aurora, Colorado and housed with the existing population. This can bring COVID-19 into this population in larger numbers, where inmates are held in close quarters and low sanitary conditions.

Based upon information and belief, GEO ICE Detention Facility in Aurora, Colorado has not made public whether any inmate has become infected with COVID-19 or the number of inmates who are infected with COVID-19. However, there has been one reports positive test concerning an employee in the administrative offices at the facility.[14]

**Bail Reform Act Requires David Winston's Release**

A "judicial officer may, by subsequent order, permit the temporary release of the person, in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be

---

[14] The Denver Post reports an ICE employee at the Aurora immigration detention facility tested positive for COVID-19.

necessary for preparation of the person's defense or for another compelling reason." 18 U.S.C. § 3142(i).

The circumstances that existed when David Winston was ordered detained have now changed. There is a pandemic that poses a direct risk that is far greater if David Winston continues to be detained during this public health crisis.

Liberty is the norm and "detention prior to trial or without trials is the carefully limited exception." *United States v. Salerno*, 481 U.S. 739, 755 (1987). One charged with a crime is, after all, presumed innocent. *Stack v. Boyle*, 342 U.S. 1, 4 (1951). A single individual unnecessarily detained before trial is one individual too many, and the increasing use of the practice places tremendous wear on our constitutional system. *United States v. Montalvo-Murillo*, 495 U.S. 711, 723–24 (1990) (Stevens, J., dissenting, joined by Brennan and Marshall, JJ.). Due to the crucial interests involved, it follows that a "case-by-case" approach is required at any stage of the case in assessing the propriety of pretrial detention. *See United States v. Gonzales Claudio*, 806 F.2d 334, 340 (2d Cir. 1986) (discussing due process analysis for evaluating propriety of prolonged pretrial detention, and the interests at stake) (citations omitted), *cert. dismissed sub nom.*, *Melendez-Carrion v. United States*, 479 U.S. 978 (1986).

The courts have long recognized that there is no greater necessity than keeping a defendant alive, no matter the charge. As Judge Weinstein held, "We do not punish those who have not been proven guilty. When we do punish, we

do not act cruelly. Continued incarceration of this terminally ill defendant threatens both of these fundamental characteristics of our democracy." *United States v. Scarpa*, 815 F.Supp.88 (E.D.N.Y. 1993) (pretrial defendant with AIDS facing murder charges released on bail because of the "unacceptably high risk of infection and death on a daily basis inside the MCC").

This Court should consider the "total harm and benefits to prisoner and society" that continued pretrial imprisonment David Winston will yield, relative to the heightened health risks posed to David Winston during this rapidly encroaching pandemic. See *Davis v. Ayala*, 135 S. Ct. 2187, 2209 (2015) (Kennedy, J., concurring) (calling for heightened judicial scrutiny of the projected impact of jail and prison conditions on a defendant); *United States v. Mateo*, 299 F. Supp. 2d 201, 212 (S.D.N.Y. 2004) (reducing sentence where defendant's pretrial conditions were "qualitatively more severe in kind and degree than the prospect of such experiences reasonably foreseeable in the ordinary case").

### Conditions of Release Are Available That Allow DAVID WINSTON To Be Treated Humanely While Also Ameliorating Any Danger To The Community

From David Winston's perspective his life—not only his liberty—is on the line, creating a powerful incentive to abide by any release conditions the Court may impose and changing the calculus that initially led to the denial of bail in this case.

Counsel has communicated with AUSA Jason St.Julien who relates he is

opposed to the granting of a temporary bond in Mr. Winston's case.

## Conclusion

David Winston is among the vulnerable population at heightened risk of getting very sick from this illness. For all of the above reasons, David Winston should be granted release on bond.

Wherefore the reasons stated above, Mr. Winston respectfully requests this Court's Order granting a new Bond Hearing.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Jason St.Julien - Jason.St.Julien@usdoj.gov

AUSA Jaime Pena - jaime.pena@usdoj.gov

David Kaplan - dkaplan@hmflaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Winston

                                        /s/ David L. Owen, Jr.
                                        David L. Owen, Jr.