IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **19-cr-00086-REB**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**1. DAVID WINSTON**,

       Defendant.

---

### NOTICE OF DISPOSITION

---

Notice is hereby given that a plea agreement has been reached in the above captioned case.

       Respectfully submitted,

       /s/ David L. Owen, Jr.
       DAVID L. OWEN, JR. #39669
       Law Office of David L. Owen, Jr., P.C.
       718 Huntington Place
       Highlands Ranch, CO 80126-4730
       Telephone: (303) 993-7092
       FAX: (303) 265-9202
       davidowen@lodopc.com
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Jason St.Julien - Jason.St.Julien@usdoj.gov

AUSA Jaime Pena - jaime.pena@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Winston

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com