**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-00086-REB-3

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**3. DAVID WINSTON,**

        Defendant.

---

**DEFENDANT DAVID WINSTON'S OBJECTIONS TO THE
PRELIMINARY PRESENTENCE INVESTIGATION REPORT**

---

COMES NOW, the above named defendant David Winston, by and through his counsel, David L. Owen, Jr., and respectfully submits the following objections to the Preliminary Presentence Investigation Report dated September 8, 2020:

Page 6, paragraph 28 - Object to the inclusion of this paragraph as the conclusions contained within this paragraph are speculative and unproven.

Page 7, paragraph 32 - Object to the inclusion of this paragraph as Brainard Clark's actions are not relevant to David Winston's responsibility or sentencing. This information will be relevant to Mr. Clark's sentencing but not David Winston's.

Page 7, paragraph 33 - Object to the inclusion of this paragraph as Damien Lewis' actions are not relevant to David Winston's responsibility or sentencing. This information will be relevant to Mr. Lewis' sentencing but not David Winston's.

Page 8, paragraph 38 - The restitution will be owed to Hometown Pharmacy, not Homeland.

Submitted September 21, 2020

Respectfully,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Jason St.Julien - Jason.St.Julien@usdoj.gov

AUSA Jaime Pena - jaime.pena@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Winston

/s/ David L. Owen, Jr.
David L. Owen, Jr.