# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRAINARD CLARKE;
2. DAMIEN LEWIS; and,
3. **DAVID WINSTON**,

    Defendants.

---

## GOVERNMENT'S MOTION TO DISMISS COUNTS
_____

    The United States of America submits the following Motion To Dismiss Counts.

    Pursuant to Section I(B)(2) of the Plea Agreement, the Government moves to dismiss Counts 1, 3, and 4 of the Superseding Indictment [ECF No. 44] as to the defendant at the October 15, 2020 Sentencing Hearing.

    Dated:  October 14, 2020.

                                                   Respectfully submitted,

                                                   JASON R. DUNN
                                                   United States Attorney

                              By:    */s/ Jason St. Julien*
                                       JASON ST. JULIEN
                                       Assistant United States Attorney
                                       1801 California St., Suite 1600
                                       Denver, Colorado 80202
                                       Phone:  (303) 454-0100
                                       Fax:  (303) 454-0405
                                       E-mail:  Jason.St.Julien@usdoj.gov

Attorney for the United States

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of October 2020, I filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**David L. Owen, Jr.**
Email:  davidowen@lodopc.com

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States