**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:              October 28, 2020
Deputy Clerk:      Leigh Roberson
Court Reporter:    Julie Thomas
Probation Officer: Gary Kruck

| Criminal Action No. 19-cr-86-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 3. DAVID WINSTON, | David Owen |
| Defendant. | |

## SENTENCING MINUTES

**3:00 p.m.     Court in session.**

Appearances of counsel. Defendant is present in custody. Except the Court and its courtroom deputy clerk, all participants appear via video teleconference.

Defendant sworn. Court's colloquy with defendant regarding his right to appear in person. Defendant waives the right to appear in person and consents to appear via video teleconference.

The parties have received and reviewed the presentence report(s) and all addenda.

Also pending before the Court relevant to sentencing are the following:
- Defendant's Objections to the Preliminary Presentence Investigation Report [ECF 131]
- Defendant's Motion for a Sentence Outside the Advisory Sentencing Guideline Range [ECF 132]
- Government's Motion to Dismiss Counts [ECF 139]

Statement by defense counsel.

Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the defendant's waiver of his right to appear in person and consent to appear via video teleconference are accepted and approved;

2. That the plea agreement of the parties as presented the plea documents is formally approved;

3. That [ECF 132] is denied;

4. That [ECF 139] is granted;

5. That judgment of conviction is entered on Count 2 of the Superseding Indictment;

6. That it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 41 months;

7. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years;

8. That within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which he is released;

9. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified on pages R-3 and R-4 of the Sentencing Recommendation [ECF 135-1];

10. That no fine is imposed;

11. That the defendant shall pay forthwith a special victim's fund assessment fee of $100;

12. That the defendant shall pay restitution for the benefit of the victims listed in [ECF 135-1] in the total amount of $201,601.57, to be paid jointly and severally if found liable with codefendants Brainard Clark and Damien Lewis; that restitution is due and payable in care of the clerk of the court in full immediately, failing which in monthly installments of not less than 10 percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, that interest on restitution is waived;

13. That presentence confinement shall be determined by the Bureau of Prisons;

14. That this Court recommends that the Bureau of Prisons designate the defendant to an official detention facility within the District of Colorado to facilitate his continued interaction and communication with his family; and

15. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

**3:49 p.m.**     **Court in recess.**     Hearing concluded.

Total time in court: 00:49